Commonwealth ex rel. Weathers, Appellant, *v.* Rundle.

Submitted June 13, 1966. *Elmer Weathers,* appellant, in propria persona; *John A. McMenamin* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.